Petition for Writ of Mandamus Denied and Memorandum Opinion filed
November 6, 2003









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed November 6, 2003.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01124-CV

____________

 

IN RE 501 BRONX PARTNERS, L.P., Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On October 7, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221; see also Tex. R. App. P. 52.  In its petition, relator
seeks to have this Court set aside a contempt order signed September 11, 2003,
in cause number 790,708 in Harris County Civil Court at Law No. 4.  Relator has not
demonstrated that the trial court abused its discretion or that the contempt
order is void.  

We deny relator=s petition for writ of mandamus.  Relator=s motion for extension of  time to file the
reporter=s record is denied as moot.

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed November 6, 2003.

Panel consists of
Chief Justice Brister and Justices Anderson and
Seymore.